# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2115
_____

Bruce E. Head; Michele J. Head

*Plaintiffs - Appellants*

v.

City of Sioux Falls; Judge Wade Warntjes; Catherine Schlimgen; Judge John
Pekas; Judge Robin J. Houwman

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota
_____

Submitted: December 8, 2025
Filed: December 11, 2025
[Unpublished]
_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Bruce and Michele Head appeal the district court's[1] dismissal of their civil action. After careful review, we conclude the dismissal was proper for the reasons stated by the district court. *See Waters v. Madson*, 921 F.3d 725, 734 (8th Cir. 2019) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Roberto A. Lange, Chief Judge, United States District Court for the District of South Dakota, adopting the report and recommendations of the Honorable Mark A. Moreno, United States Magistrate Judge for the District of South Dakota.